UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CASE NO. 3:22-cv-00028-L

**JEAN FREEMAN**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**DUNCANVILLE LLC, d/b/a CLAY COOLEY NISSAN**,

    Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jean Freeman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are dismissed <u>without</u> prejudice.

Date: April 28, 2022

    Respectfully submitted,

    **HIRALDO P.A.**
    401 E. Las Olas Boulevard
    Suite 1400
    Ft. Lauderdale, Florida 33301

    <u>/s/ Manuel S. Hiraldo</u>
    Manuel S. Hiraldo
    Florida Bar No. 030380
    Email: mhiraldo@hiraldolaw.com
    Telephone: 954.400.4713
    *Counsel for Plaintiff*